1460

**2002–1324.   Jones v. Norfolk S. Ry. Co.**
Lucas App. No. L–01–1490, 2002-Ohio-3412. On discretionary appeal, motion for admission pro hac vice of Robert W. Schmieder by E.J. Leizerman, and motion for admission pro hac vice of Christie R. Schmieder by E.J. Leizerman. Appeal allowed and motions granted.
    Cook and Lundberg Stratton, JJ., dissent.
    Resnick, J., not participating.

**2002–1336.   Withem v. Cincinnati Ins. Co.**
Franklin App. No. 01AP–1286, 2002-Ohio-3067. Discretionary appeal allowed; sua sponte, cause held for the decision in 2001–1843, *Ferrando v. Auto–Owners Mut. Ins. Co.*, Ashtabula App. No. 2002–A–0038; briefing schedule stayed.
    Lundberg Stratton, J., dissents.
    Cook, J., not participating.

**2002–1407.   Coolidge v. Riverdale Local School Dist.**
Hancock App. No. 5–01–42, 2002-Ohio-3401.
    Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**2002–1433.   Allen v. Johnson.**
Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. Discretionary appeal allowed.
    Cook and Lundberg Stratton, JJ., dissent.
    Discretionary cross-appeal allowed.
    Cook, J., dissents.

**2002–1440.   State v. Burnside.**
Fairfield App. No. 01CA60, 2002-Ohio-4344. Discretionary appeal allowed and cause consolidated with 2002–1524, *State v. Burnside*, Fairfield App. No. 01CA60, 2002-Ohio-4344.
    Douglas and F.E. Sweeney, JJ., dissent.
    Resnick, J., not participating.

